FILED

AUG 1 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSAW, JENNIFER; 06-0618-MJJ | ) Assigned to: Honorable Martin J. Jenkins |
| BOYER, DEBRA; 06-0559-MJJ | ) |
| | ) [Proposed] **ORDER GRANTING AND** |
| BURGER, RUSSELL; 06-1766-MJJ | ) **DENYING MOTION FOR** |
| | ) **ADMINISTRATIVE RELIEF TO STAY** |
| CALDWELL, LEONA; 06-0582-MJJ | ) **ACTION PENDING TRANSFER TO** |
| | ) **MULTIDISTRICT PROCEEDINGS** |
| CANNON, DANIEL; 06-1283-MJJ | ) |
| CHATHAMS, SANDRA; 06-0585-MJJ | ) |
| CLEMENTS, LORAINE; 06-0655-MJJ | ) |
| COPELAND, NADINE; 06-1564-MJJ | ) |
| FROMOSKY, JR., THOMAS; 06-1763-MJJ | ) |
| GRAHAM, THELMA; 06-1307-MJJ | ) |
| KING, KENNETH; 06-0620-MJJ | ) |
| MARSIGLIA, JIMMY; 06-1449-MJJ | ) |
| MCINTYRE, CAROLE; 06-0589-MJJ | ) |
| MORRIS, LAUREL; 06-0592-MJJ | ) |
| POLIS, SCOTT; 06-0676-MJJ | ) |

[PROPOSED] ORDER GRANTING AND DENYING MOTION TO STAY

|   |   |
|---|---|
| 1 | ) |
| 2 | POPP, MARY LOU; 06-0624-MJJ ) |
|   | ) |
| 3 | PORTER, DENNIS; 06-0668-MJJ ) |
|   | ) |
| 4 | ROBERTS, DEBRA; 06-0667-MJJ ) |
|   | ) |
| 5 | THOMAS, HELLEN; 06-1454-MJJ ) |
|   | ) |
| 6 | Plaintiffs, ) |
| 7 | vs. ) |
|   | ) |
| 8 | ASTRAZENECA PHARMACEUTICALS, L.P., ) |
|   | et al., ) |
| 9 | Defendants. ) |
|   | ) |
| 10 |  |

The Court, having fully considered the papers submitted by the parties in connection with Defendants' Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict Proceedings, and all other papers or arguments filed with or submitted to the Court in connection with the proceedings in the above-captioned actions, HEREBY ORDERS that the following cases are STAYED pending transfer to MDL-1769:

*Russel Burger v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1766-MJJ

*Daniel Cannon v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1283-MJJ

*Nadine Copeland v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1564-MJJ

*Thomas Fromosky, Jr. v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1763-MJJ

*Thelma Graham v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1307-MJJ

*Jimmy Marsiglia v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1449-MJJ

*Scott Polis v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0676-MJJ

*Debra Roberts v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0667-MJJ

*Hellen Thomas v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1454-MJJ

The Court further ORDERS that Defendants' motion is DENIED as moot as to the following actions, which have already been transferred to MDL-1769:

*Jennifer Bosaw v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0618-MJJ

1  *Debra Boyer v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0559-MJJ

2  *Leona Caldwell v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0582-MJJ

3  *Sandra Chathams v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0585-MJJ

4  *Loraine Clements v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0655-MJJ

5  *Kenneth King v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0620-MJJ

6  *Carole McIntyre v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0589-MJJ

7  *Laurel Morris v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0592-MJJ

8  *Mary Lou Popp v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0624-MJJ

9  *Dennis Porter v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0668-MJJ

11  IT IS SO ORDERED.

13  Dated: 8/15/06

14  By: _____
15  United States District Court Judge

16  Respectfully submitted by:

17  Catherine Valerio Barrad (SBN 168897)
    Justin Ma (SBN 216215)
18  Rebecca G. Goldstein (SBN 227180)
    SIDLEY AUSTIN LLP
19  555 West Fifth Street, Suite 4000
    Los Angeles, California 90013-1010
20  Telephone:    (213) 896-6000
    Facsimile:    (213) 896-6600
21  cbarrad@sidley.com
    jma@sidley.com
22  rgoldstein@sidley.com

23  Of Counsel:
    Michael W. Davis
24  James W. Mizgala
    Sidley Austin LLP
25  One South Dearborn
    Chicago, IL 60603

3

[PROPOSED] ORDER GRANTING AND DENYING MOTION TO STAY